IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES D. CUNNINGHAM,

    Plaintiff,

      v.

CHASE MANHATTAN
MORTGAGE CORPORATION, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-3273-TWT

<u>ORDER</u>

This is an action to quiet title arising out of foreclosure proceedings.  It is before the Court on the Report and Recommendation [Doc.  4] of the Magistrate Judge recommending remanding the case to the Superior Court of Cobb County.  The Plaintiff's objections that the removal statute – which permits removal only by defendants – is unconstitutional are frivolous.   The Court approves and adopts the Report and Recommendation as the judgment of the Court.   This action is REMANDED to the Superior Court of Cobb County.

T:\ORDERS\13\Cunningham\r&r.wpd

SO ORDERED, this 15 day of November, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge